*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* ————    *Resuelto:* 24 de marzo de 1992

RESOLUCIÓN

En conformidad con nuestra Orden de 30 de junio de 1987, se transfiere la Conferencia Judicial de Puerto Rico para mayo de 1993.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
Secretario General